**Bernabe Orlando NAJERA–GOMEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 12–73419.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2014.*

Filed March 13, 2014.

John Martin Pope, Pope & Associates, PC, Phoenix, AZ, for Petitioner.

Nancy Ellen Friedman, Trial, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PREGERSON, LEAVY, and MURGUIA, Circuit Judges.

MEMORANDUM **

Bernabe Orlando Najera–Gomez, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's order denying his application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the BIA's discretionary determination that Najera–Gomez failed to demonstrate the requisite hardship for cancellation of removal. *See Vilchiz–Soto v. Holder,* 688 F.3d 642, 644 (9th Cir.2012) (order).

We also lack jurisdiction to consider Najera–Gomez's contention that his case warrants a favorable exercise of prosecutorial discretion. *See id.*

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

PETITION FOR REVIEW DISMISSED.